IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | Criminal No. 3:19-CR-00639-X |
| VS. | § § | |
| MARK SEVIER (05) | § | |

## **MOTION TO RETURN DEFENDANT MARK SEVIER'S PASSPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW MARK SEVIER, Defendant in the above entitled and numbered cause, by and through his counsel, Mark G. Daniel, Attorney at Law, and makes this Motion to Return Defendant's Passport and in support thereof would show the Court as follows:

1.

The Defendant entered a plea of guilty in this matter on January 14, 2020.

Defendant was released on his own recognizance and was required to tender his passport into the registry of the Court. The Defendant surrendered his passport on January 14, 2020 to the U. S. District Clerk/Dallas Division, 1100 Commerce Street, Dallas, Texas.

2.

On July 15, 2020, the Defendant was sentenced to serve four (4) months in connection with the above matter. The sentencing was conducted before Honorable Brantley Starr, United States Judge for the Northern District of Texas/Dallas Division.

The Defendant surrendered to FCI-Seagoville on November 2, 2020 and was released on March 2, 2021. The sentence has been served and discharged.

WHEREFORE, PREMISES CONSIDERED, Defendant, Mark Sevier, respectfully prays that the Court enter an Order that his United States passport be returned to him individually.

Respectfully submitted,

_/s/ Mark G. Daniel_
MARK G. DANIEL, SBN 05360050
Sundance Square
115 W. 2nd Street, Suite 202
Fort Worth, Texas  76102
817/332-3822
Email:  Mark.Daniel@MarkDanielLaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing Motion has been emailed to Mr. Nick Bunch, United States Attorney's Office on this __8__ day of March 2021.

_/s/ Mark G. Daniel_
MARK G. DANIEL

### CERTIFICATE OF CONFERENCE

I hereby certify that on the 8th day of March 2021, I conferred with Mr. Nick Bunch, Assistant United States Attorney, regarding the merits of this Defendant's Motion to Return Defendant's Passport.   Mr. Bunch is **not opposed**.

_/s/ Mark G. Daniel_
MARK G. DANIEL